# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| ANDRE MAURICE CARSTARPHEN, JR., AIS #302920, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIV. A. NO. 22-00412-JB-N |
| KENNETH GILLESPIE, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's 42 U.S.C. § 1983 action be **DISMISSED without prejudice**.[1]

**DONE and ORDERED** this 9th day of November, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court has review the untitled document filed by Plaintiff on November 6, 2023 (Doc. 18), which was more than fourteen (14) days after entry of the Report and Recommendation. Even if this document were deemed as timely filed objections, it is wholly unresponsive to any of the bases specified in the Report and Recommendation.