**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| ANDRE MAURICE CARSTARPHEN, JR., AIS #302920, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) CIV. A. NO. 22-00412-JB-N |
| KENNETH GILLESPIE, *et al.*, | ) ) ) |
| Defendants. | ) |

JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action be **DISMISSED without prejudice**.

**DONE and ORDERED** this 9th day of November, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE